UNITED STATES of America,
Plaintiff–Appellee,

v.

Seneca Orlando EDISON,
Defendant–Appellant.

No. 05–11382
Non–Argument Calendar.
D.C. Docket No. 04–00082–
CR–FTM–29DNF.

United States Court of Appeals,
Eleventh Circuit.

Jan. 31, 2006.

Robert C. Hill, Fort Myers, FL, for Appellant.

Tamra Phipps, U.S. Attorney's Office, M.D. of Florida, Tampa, FL, Jeffrey F. Michelland, United States Attorney's Office, Fort Myers, FL, for Appellee.

Before BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Robert C. Hill, Jr., appointed counsel for Seneca Orlando Edison in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Edison's conviction and sentence are AFFIRMED.